IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02376-BNB

RALPH GAMBINA,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
RICHARD MADISON, Counselor, United States Penitentiary Administrative Maximum,
BLAKE DAVIS, Warden, United States Penitentiary Administrative Maximum,
MICHAEL NALLEY, Regional Director, North Central Region, Federal Bureau of
    Prisons, and
HARRELL WATTS, Administrator, National Inmate Appeals,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 4 2010

GREGORY C. LANGHAM
    CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 4, 2010, at Denver, Colorado.

                                                     BY THE COURT:

                                                   s/ Boyd N. Boland
                                                   United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02376-BNB

Reid John Allred
Attorney at Law
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/4/10

GREGORY C. LANGHAM, CLERK


By:_____
Deputy Clerk