IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2376-JLK**

**RALPH GAMBINA,**

        Plaintiff,

v.

**FEDERAL BUREAU OF PRISONS,**
**RICHARD MADISON, counselor, United States Penitentiary Administrative Maximum,**
**BLAKE DAVIS, Warden, United States Penitentiary Administrative Maximum,**
**MICHAEL NALLY, Regional Director, North Central Region, Federal Bureau of Prisons, and**
**HARRELL WATTS, Administrator, National Inmate Appeals**

        Defendants.

## ORDER OF RECUSAL

Kane, J.

    Upon review of the file and in order to avoid any appearance of bias, I recuse in this case. It is

    **ORDERED** that case be randomly assigned to another judge.

Dated this 14th day of December, 2010.

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court