IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02376-MSK-KLM

RALPH GAMBINA,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity;

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Set a Scheduling Conference** [Docket No. 50; Filed October 6, 2011] and Defendant's **Unopposed Motion for Leave to Take the Deposition of Federal Bureau of Prisons Ralph Gambina** [Docket No. 51; Filed October 6, 2011] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference, vacated on February 10, 2011 [Docket No. 40], is **RESET** for **November 10, 2011** at **10:00 a.m.** at in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **November 5, 2011**.

    IT IS FURTHER **ORDERED** that Defendant may take the deposition of Plaintiff, an inmate at the Bureau of Prisons, pursuant to Fed.R.Civ.P. 30(a)(2)(B) at a mutually agreed upon date and time.  *See* Fed.R.Civ.P. 30(a)(2)(B) ("A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(2) . . . if the deponent is confined to prison.").

    Dated:  October 11, 2011