IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02376-MSK-KLM

RALPH GAMBINA,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity;

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for an Order to Conduct an Independent Mental Examination of Plaintiff** [Docket No. 66; Filed January 6, 2012] (the "Motion").  Pursuant to Fed. R. Civ. P. 35(a), "[t]he court . . . may order a party whose mental . . . condition . . . is in controversy to submit to a . . . mental examination by a suitably licensed or certified examiner."  For good cause shown, *see* Fed. R. Civ. P. 35(a)(2)(A),

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall submit to a mental examination under the conditions listed in paragraphs 5 and 6 of the Motion.

    Dated:  January 9, 2012