IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02376-MSK-KLM

RALPH GAMBINA,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity;

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 69; Filed January 13, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Section 9 of the Scheduling Order [#63] entered on November 10, 2011 is amended in accordance with the Amended Scheduling Order attached to this Minute Order.

Dated: January 17, 2012