IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02376-MSK-KLM

RALPH GAMBINA,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity;

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel Response to Plaintiff's Amended Interrogatory No. 8 and to Compel Entry Pursuant to Plaintiff's Notice of Inspection USP Florence ADMAX** [Docket No. 104; Filed July 10, 2012] (the "Motion to Compel"). On December 3, 2012, the Court asked Plaintiff, who now proceeds in this matter as a *pro se* litigant: (1) whether he renewed his request to compel a response to Amended Interrogatory No. 8; (2) whether he renewed his request to compel inspection of USP Florence ADMAX; and (3) if he renewed his request to compel inspection of USP Florence ADMAX, the name, address, and telephone number of the person who would take the requested photographs of the prison facilities, should the Motion be granted. *See Minute Order* [#141]. On December 5, 2012, Plaintiff sent a Response to the Court's Minute Order, in which he stated that he no longer seeks a response to Amended Interrogatory No. 8 and that he no longer seeks to compel inspection of USP Florence ADMAX. *Response* [#142]. Accordingly, based on Plaintiff's representations,

    IT IS HEREBY **ORDERED** that the Motion [#104] is **DENIED as moot**.

    Dated: December 10, 2012