IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No.  10-cv-02376-MSK-KLM

RALPH GAMBINA,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, sued in its official capacity;

      Defendant.

---

# FINAL JUDGMENT

---

      In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Opinion and Order filed on March 4, 2013 granting defendant's Motion for Summary Judgment (**Doc. #144**), it is

      ORDERED that Final Judgment is entered in favor of defendant on all remaining claims. It is further

      ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and that the case is closed.

      Dated at Denver, Colorado this 7th day March, 2013.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward Butler
Edward P. Butler, Deputy Clerk